Decided September 20, 2006

## STATE OF CONNECTICUT *v.* JOHN L. SILANO

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 341 (AC 25986), is denied.

*Martha Brooke Hansen*, special public defender, in support of the petition.

*James M. Ralls*, senior assistant state's attorney, in opposition.

Decided September 20, 2006

The defendant's petition for certification for appeal from the Appellate Court, 96 Conn. App. 533 (AC 26079), is denied.

Decided September 20, 2006